360 A.2d 673
Commonwealth v. Gantz, Appellant.

Argued June 14, 1976.  Daniel H. Shertzer, with him Steven S. Raab, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 670
Commonwealth v. Hagans, Appellant.

Argued June 21, 1976.  Colie B. Chappelle, with him Chappelle, Gibbs & Leon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.